1  FRED W. ALVAREZ, State Bar No. 68115
   TROY A. VALDEZ, State Bar No. 191478
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:    (650)t 493-9300
   Facsimile:    (650) 565-5100
5
   Attorneys for Defendant
6  Clifford Chance US LLP

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 ASMA GULL HASAN, an individual,          )   CASE NO. C 05 1850 CW
                                            )
11              Plaintiff,                   )   **ORDER GRANTING AS MODIFIED**
                                            )   **STIPULATION TO EXTEND CASE**
12      v.                                   )   **MANAGEMENT DEADLINES**
                                            )
13 CLIFFORD CHANCE US LLP, a corporation,   )
                                            )
14              Defendant.                   )
                                            )
15 _____

16

17         Plaintiff Asma Gull Hasan ("Plaintiff") and Defendant Clifford Chance US LLP

18 ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into

   the following Stipulation:
19
           WHEREAS, the Court issued a Minute Order and Case Management Order in this action
20
   on September 20, 2005, setting forth various deadlines for the Parties to conduct discovery, expert
21
   discovery, and an ADR session, and scheduling the date of the next case management conference
22
   and the latest hearing date for all case-dispositive motions;
23
           WHEREAS, the Parties have, until recently, been unable to schedule a mutually
24
   convenient date to conduct an ADR session and to select an ADR facilitator;
25
           WHEREAS, the Parties have recently selected Mark Rudy, Esq. to conduct a mediation of
26
   this action on or about May 15, 2006;
27
           WHEREAS, March 1, 2006 was the date identified in the Court's September 20, 2005
28

───────────────────────────────────────────────

STIPULATION TO EXTEND CASE                                    N:\DOCS\c05-1850.DOC
MANAGEMENT DEADLINES

1   Order by when the ADR session was to be held;

2        WHEREAS, the Parties also desire to correspondingly extend or reschedule by

3   approximately one month other expert discovery, dispositive motion, and case management

4   deadlines or hearings set forth in the September 20, 2005 Minute Order and Case Management

5   Order; and

6        WHEREAS, the trial in this action is not scheduled to begin until January 22, 2007;

7        NOW, THEREFORE, the Parties hereby stipulate as follows:

8        1.  The deadline to conduct an ADR session is extended from March 1, 2006 to June 1,

9            2006;

10        2.  The disclosure of identities and reports of expert witnesses is rescheduled from

11            May 15, 2006 to June 15, 2006.

12        3.  The deadline to complete expert discovery is extended from June 30, 2006 to July

13            31, 2006.

14        4.  The date of the next case management conference is rescheduled from May 12,

15            2006 **to  September 8, 2006, as 1:30 p.m..**

16        5.  **The last date that all case-dispositive motions must be filed is 5/26/06;**

17        **opposition due 6/9/06 and reply will be due 6/16/06.  The Court will schedule a**

18        **hearing, if necessary.**

19

20   **IT IS SO STIPULATED.**

21

22   Dated:  March 2, 2006               Dated:  March 2, 2006
    _____      _____

23

24   G.W. MERRICK & ASSOCIATES, LLC    WILSON SONSINI GOODRICH & ROSATI

25

26   __[signature on original]_____      _____/s/_____

27   GLENN W. MERRICK          TROY A. VALDEZ

28   Attorneys for Plaintiff          Attorneys for Defendant
                              CLIFFORD CHANCE US LLP

1  ASMA GULL HASAN

2  **IT IS SO ORDERED.**

3

4

5  Dated: 3/9/06

6  *Claudia Wilken*

   THE HON. CLAUDIA WILKEN
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND CASE                    -3-                    N:\DOCS\c05-1850.DOC
MANAGEMENT DEADLINES