1  FRED W. ALVAREZ, State Bar No. 68115
   TROY A. VALDEZ, State Bar No. 191478
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:    (650) 493-9300
   Facsimile:    (650) 565-5100
5
   Attorneys for Defendant
6  Clifford Chance US LLP

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 ASMA GULL HASAN, an individual,        )   CASE NO. C 05 1850 CW
                                          )
12            Plaintiff,                  )   **ORDER GRANTING AS MODIFIED**
                                          )   **STIPULATION TO EXTEND CASE**
13     v.                                 )   **MANAGEMENT DEADLINES**
                                          )
14 CLIFFORD CHANCE US LLP, a corporation, )
                                          )
15            Defendant.                  )
                                          )
16 _____ )

17         Plaintiff Asma Gull Hasan ("Plaintiff") and Defendant Clifford Chance US LLP

18 ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into

19 the following Stipulation:

20         WHEREAS, the Court issued a Minute Order and Case Management Order in this action

21 on September 20, 2005, setting forth various deadlines for the Parties to conduct discovery, expert

22 discovery, and an ADR session, and scheduling the date of the next case management conference

23 and the latest hearing date for all case-dispositive motions;

24         WHEREAS, the Parties stipulated on March 2, 2006 and the Court ordered on March 9,

25 2006 that some of those deadlines be extended because the Parties had been unable to schedule a

26 mutually convenient date to conduct an ADR session and to select an ADR facilitator, and

27 anticipated needing additional time to conduct expert discovery and file dispositive motions;

28         WHEREAS, at the time of the March 2, 2006 Stipulation, the Parties intended to conduct

1   Plaintiff's and other depositions before the May 1, 2006 deadline for conducting factual discovery

2   (a deadline that the Court set in its September 20, 2005 initial Case Management Order).  Due to

3   scheduling conflicts, the Parties were unable to schedule depositions before the deadline;

4         WHEREAS, the Parties have now scheduled Plaintiff's deposition for May 16, 2006, and

5   have scheduled Defendant's deposition under Fed. R. Civ. P. 30(b)(6) to occur on May 17, 2006;

6         WHEREAS, the Parties have rescheduled mediation with Mark Rudy, Esq. from May 15,

7   2006 to July 19, 2006;

8         WHEREAS, the Parties desire to extend or reschedule by approximately one month the

9   expert discovery and dispositive motion deadlines set forth in the Court's March 9, 2006 Order

10  and to extend the factual discovery deadline in the Court's September 20, 2005 initial Case

11  Management Order;

12        WHEREAS, the date of the next case management conference is September 8, 2006; and

13        WHEREAS, the trial in this action is not scheduled to begin until January 22, 2007;

14        NOW, THEREFORE, the Parties hereby stipulate as follows:

15        1. The deadline to conduct an ADR session is extended from June 1, 2006 to July 31,

16           2006;

17        2. The disclosure of identities and reports of expert witnesses is rescheduled from

18           June 15, 2006 to July 14, 2006.

19        3. The deadline to complete expert discovery is extended from July 31, 2006 to

20           August 31, 2006.

21        4. The deadline to complete factual discovery is extended from May 1, 2006 to May

22           31, 2006.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

5. The latest date that all case-dispositive motions must be filed is rescheduled from May 26, 2006 to June 30, 2006; **opposition due 7/14/06; reply due 7/21/06.  The Court will schedule a hearing, if necessary.**

**IT IS SO STIPULATED.**

Dated:  April 26, 2006                                    Dated:  April 26, 2006

G.W. MERRICK & ASSOCIATES, LLC              WILSON SONSINI GOODRICH & ROSATI

         /s/                                                                   /s/
 GLENN W. MERRICK                                TROY A. VALDEZ

 Attorneys for Plaintiff                              Attorneys for Defendant
  ASMA GULL HASAN                               CLIFFORD CHANCE US LLP

**IT IS SO ORDERED.**

/s/ CLAUDIA WILKEN

THE HON. CLAUDIA WILKEN
United States District Judge

---

STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES             -3-             06 Hasan v. Clifford Chance stipulation to extend deadlines