FRED W. ALVAREZ, State Bar No. 68115
TROY A. VALDEZ, State Bar No. 191478
MARVIN DUNSON III, State Bar No. 216068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
email: falvarez@wsgr.com
email: tvaldez@wsgr.com

Attorneys for Defendant
Clifford Chance US LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASMA GULL HASAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD CHANCE US LLP, a corporation,<br><br>Defendant. | CASE NO. C 05 1850 CW<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT CLIFFORD CHANCE US LLP'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date Action Filed: May 5, 2005<br>Trial Date: January 22, 2007<br><br>Determination Date: June 5, 2006<br>Before: The Honorable Claudia Wilken |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL

2884754_1.DOC
CASE NO. C 05 1850 CW

1  Having considered defendant Clifford Chance US LLP's Administrative Request to File
2  Documents Under Seal Pursuant to Local Rule 79-5 and its supporting documentation that were
3  lodged with the Court on May 30, 2006, the Court HEREBY ORDERS that the following
4  documents shall be filed under seal:

5    1.    Notice Of Motion And Motion For Protective Order To Prevent Plaintiff From
6  Taking Deposition;

7    2.    Declaration Of Marvin Dunson III In Support Of Defendant's Motion For
8  Protective Order To Prevent Plaintiff From Taking Deposition;

9    3.    [Proposed] Order Granting Motion For Protective Order To Prevent Plaintiff
10 From Taking Deposition; and

11    4.    Declaration Of [New York Attorney] In Support Of Defendant's Motion For
12 Protective Order To Prevent Plaintiff From Taking Deposition.

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: __6/6/06__



IT IS SO ORDERED
Judge James Larson

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANT'S MISCELLANEOUS
ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL

2884754_1.DOC
CASE NO. C 05 1850 CW