1  FRED W. ALVAREZ, State Bar No. 68115
   TROY A. VALDEZ, State Bar No. 191478
2  MARVIN DUNSON III, State Bar No. 216068
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:    (650) 493-9300
5  Facsimile:    (650) 565-5100
   email: falvarez@wsgr.com
6  email: tvaldez@wsgr.com

7  Attorneys for Defendant
   Clifford Chance US LLP
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   ASMA GULL HASAN, an individual,        )   CASE NO. C 05 1850 CW
14                                         )
                 Plaintiff,                )   **REVISED [PROPOSED]**
15                                         )   **ORDER GRANTING DEFENDANT**
         v.                                )   **CLIFFORD CHANCE US LLP'S**
16                                         )   **MISCELLANEOUS**
   CLIFFORD CHANCE US LLP, a corporation, )   **ADMINISTRATIVE REQUEST TO**
17                                         )   **FILE DOCUMENTS UNDER SEAL**
                 Defendant.                )   **PURSUANT TO LOCAL RULE 79-5**
18                                         )
                                           )   Date Action Filed: May 5, 2005
19                                         )   Trial Date: January 22, 2007
                                           )
20                                         )   Before: The Honorable James Larson
   _____ )
21

22

23

24

25

26

27

28 REVISED [PROPOSED] ORDER GRANTING                    2896698_1.DOC
   DEFENDANT'S MISCELLANEOUS                        CASE NO. C 05 1850 CW
   ADMINISTRATIVE REQUEST TO FILE
   DOCUMENTS UNDER SEAL

1    Having considered defendant Clifford Chance US LLP's Administrative Request to File
2  Documents Under Seal Pursuant to Local Rule 79-5 and its supporting documentation that were
3  lodged with the Court on May 30, 2006, the Court HEREBY ORDERS that the following
4  documents shall be filed under seal:

5    1.   Notice Of Motion And Motion For Protective Order To Prevent Plaintiff From
6  Taking Deposition;

7    2.   Declaration Of Marvin Dunson III In Support Of Defendant's Motion For
8  Protective Order To Prevent Plaintiff From Taking Deposition;

9    3.   [Proposed] Order Granting Motion For Protective Order To Prevent Plaintiff
10  From Taking Deposition; and

11    4.   Declaration Of [New York Attorney] In Support Of Defendant's Motion For
12  Protective Order To Prevent Plaintiff From Taking Deposition.

13    In addition, all documents submitted in relation to this Motion for Protective Order,
14  including but not limited to all opposition and reply papers, as well as this Order and any
15  applicable Proof of Service, shall also be filed under seal.
16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  Dated:  6/12/06          _____
19                UNITED STATES MAGISTRATE JUDGE
                  JUDGE — Judge James Larson
                  IT IS SO ORDERED

28  REVISED [PROPOSED] ORDER GRANTING                              2896698_1.DOC
    DEFENDANT'S MISCELLANEOUS                                   CASE NO. C 05 1850 CW
    ADMINISTRATIVE REQUEST TO FILE
    DOCUMENTS UNDER SEAL