1  FRED W. ALVAREZ, State Bar No. 68115
   TROY A. VALDEZ, State Bar No. 191478
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:    (650)t 493-9300
   Facsimile:    (650) 565-5100
5
   Attorneys for Defendant
6  Clifford Chance US LLP

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  ASMA GULL HASAN, an individual,        )    CASE NO. C 05-01850 CW
                                           )
12              Plaintiff,                  )    **STIPULATION AND ORDER TO**
                                           )    **EXTEND EXPERT DISCOVERY**
13         v.                               )    **DEADLINES**
                                           )
14  CLIFFORD CHANCE US LLP, a corporation,  )
                                           )
15              Defendant.                  )
    _____     )
16

17         Plaintiff Asma Gull Hasan ("Plaintiff") and Defendant Clifford Chance US LLP

18  ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into

19  the following Stipulation:

20         WHEREAS, the Court ordered on May 15, 2006 that, among other things, the deadline for

21  the Parties to disclose the identities and reports of expert witnesses be rescheduled to July 14,

22  2006 and the deadline to complete expert discovery be rescheduled to August 31, 2006;

23         WHEREAS, the Parties are scheduled for a mediation with Mark Rudy, Esq. on July 19,

24  2006;

25         WHEREAS, Defendant's Motion for Summary Judgment and all opposition and reply

26  papers will be filed and submitted to this Court by July 21, 2006;

27         WHEREAS, the Parties desire to extend or reschedule by approximately one month the

28  two expert discovery deadlines set forth in the Court's May 15, 2006 Order, as the case may be

resolved by the scheduled mediation or Defendant's Motion for Summary Judgment; and

WHEREAS, the trial in this action is not scheduled to begin until January 22, 2007;

NOW, THEREFORE, the Parties hereby stipulate as follows:

1.  The disclosure of identities and reports of expert witnesses is rescheduled from July 14, 2006 to August 14, 2006.

2.  The deadline to complete expert discovery is extended from August 31, 2006 to September 29, 2006.

**IT IS SO STIPULATED.**

Dated:  July 10, 2006                              Dated:  July 6, 2006


G.W. MERRICK & ASSOCIATES,               WILSON SONSINI GOODRICH & ROSATI
LLC

_____/s/_____              _____/s/_____
GLENN W. MERRICK                         TROY A. VALDEZ

Attorneys for Plaintiff                  Attorneys for Defendant
ASMA GULL HASAN                          CLIFFORD CHANCE US LLP

**IT IS SO ORDERED.**




/s/  CLAUDIA WILKEN


THE HON. CLAUDIA WILKEN
United States District Judge